FARIHA BASALEL, Appellant, v YOUNI GEMS CORPORATION et al., Defendants, and DAVID AHARONI et al., Respondents.

Submitted June 11, 2012; decided August 30, 2012

Motion for leave to appeal dismissed upon the ground that the Appellate Division order sought to be appealed from does not finally determine the action within the meaning of the

Constitution and the stipulation does not qualify as a final judgment within the meaning of CPLR 5602 (a) (1) (ii) to bring up for review the prior nonfinal Appellate Division order because it was entered into without prejudice.